**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-1571 |
| v. | ) | Judge Nora Barry Fischer |
| | ) | |
| SLIPPERY ROCK UNIVERSITY OF PA; | ) | |
| WILLIAM J. BEHRE, Ph.D., SRU President | ) | |
| PHILIP K. WAY, Ph.D., SRU Provost; | ) | |
| HOLLY MCCOY, SRU Asst. Vice President; | ) | |
| PAUL LUEKEN, SRU Athletic Director, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this 30th day of October, 2019, upon consideration of the Motion to Compel filed by Plaintiff Kevin Reynolds ("Plaintiff") (Docket No. [33]) and the Response in Opposition filed by Defendants Slippery Rock University of PA, William J. Behre, Ph.D., Philip K. Way, Ph.D., Holly McCoy, and Paul Lueken ("Defendants") (Docket No. 40),

IT IS ORDERED THAT said Motion is DENIED.

To this end, on February 12, 2019, following a Case Management Conference at which the parties' were able to speak to their discovery needs, this Court issued a Case Management Order limiting "[t]he total number of written interrogatories, requests for production and requests for admission, including subparts . . . to . . . 25." (Docket No. 16). Despite filling its present motion to compel, Plaintiff has never sought leave or attempted to establish that good cause exists for Plaintiff to exceed twenty-five requests for admission. Moreover, based on the parties' briefing and the record presently before the Court, the documents Plaintiff seeks are not relevant to the case

*sub judice.*

/s/ Nora Barry Fischer
Nora Barry Fischer
Senior United States District Judge